806 A.2d 406

IN THE MATTER OF TERRY G. TUCKER, AN ATTORNEY
AT LAW (ATTORNEY NO. 030851985).

October 2, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01–397, concluding that **TERRY G. TUCKER** of **BRIDGETON,** who was admitted to the bar of this State in 1985, should be reprimanded for violating RPC 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **TERRY G. TUCKER** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.